IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLARICE PRANGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05 C 2194 |
| | ) | |
| BORDERS, INC., | ) | Judge Robert W. Gettleman |
| a corporation, | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## JUDGMENT ORDER

IT IS HEREBY ORDERED AND ADJUDGED that on the jury verdict finding in favor of plaintiff and against defendant awarding plaintiff the sum of $80,752.47 on the Count II FLSA unpaid overtime an equal amount in the sum of $80,752.47 is awarded by the Court for liquidated damages pursuant to 29 U.S.C. 216.

On the jury verdict on lost wages and benefits awarding plaintiff $51,484.53 on Count III, an equal amount in the sum of $51,484.53 is awarded by the Court for liquidated damages pursuant to 29 U.S.C. 216.

The Court further awards plaintiff for lost wages from January 1, 2007 to June 8, 2007 the sum of $11,967.78, plus an equal amount in the sum of $11,967.78 for liquidated damages pursuant to 29 U.S.C. 216.

The Court further awards insurance premium expenses and uninsured medical expenses incurred by plaintiff in 2007, and other losses incurred by plaintiff to June 7, 2007 in the amount of $1,892.47 and does not award any liquidated damages on it.

On the jury verdict for $42,926.60 in punitive damages for the wrongful termination, the Court does not award any liquidated damages.

Judgment on the Illinois Minimum Wage Act, 820 ILCS 105/1 *et seq.* is entered in favor of plaintiff and against defendant. However, there is no additional monetary award because the unpaid overtime has been fully paid under the FLSA and the Court does not award any statutory damages to plaintiff pursuant to 820 ILCS 105/12(a).

The Court also orders that plaintiff be reinstated to a bookseller position at defendant's Oak Park, Illinois store at the rate of $18.18 per hour, with all applicable benefits. Defendant is further ordered to correct plaintiff's personnel file to expunge any reference to plaintiff's termination, and to reflect plaintiff's reinstatement to a bookseller position. The Court shall retain jurisdiction to enforce this portion of the Judgment Order relating to reinstatement.

This Order is a final and appealable Judgment Order pursuant to Federal Rules of Civil Procedure FRCP 54(b) because there is no reason for delay of judgment on that Count. Accordingly, judgment is hereby entered in favor of plaintiff and against defendant in the total amount of $333,228.63.

The Court reserves determination of attorneys' fees and costs.

**ENTERED:**

Dated: June 12, 2007

*/s/ Robert W. Gettleman*

**Judge Robert W. Gettleman**

Name: Jac A. Cotiguala
Atty. For: Plaintiff
Address: 431 S. Dearborn St., Suite 606
City/State/Zip: Chicago, Illinois 60605
Telephone: (312) 939-2100

2